1
2
3
4
5                                                link 31
6
7
8
9                    **UNITED STATES DISTRICT COURT**
10                   **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| CURTIS J. JACKSON, III and NYC VIBE, LLC, | Case No. 2:25-cv-03623-HDV-RAO |
| Plaintiffs, | Honorable Hernán D. Vera |
| v. | **[~~PROPOSED~~] ORDER RE STIPULATION FOR PLAINTIFFS TO AMEND THE COMPLAINT** |
| RYAN KAVANAUGH, SKILL HOUSE MOVIE LLC, and GENTV LLC, | |
| Defendants. | |

**[PROPOSED] ORDER RE STIPULATION FOR PLAINTIFFS TO AMEND THE COMPLAINT**
241471098.1
246680-10002

1  The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs shall file the First Amended Complaint seven (7) days after the Court decides Defendants' Motion to Compel Arbitration; and

2. Defendants' deadline to respond to Plaintiffs' First Amended Complaint shall be fourteen (14) days after Plaintiffs file the First Amended Complaint.

IT IS SO ORDERED.

Dated: 7/1/25

_____
Honorable Hernán D. Vera
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE STIPULATION FOR PLAINTIFFS TO AMEND THE COMPLAINT

241471098.1
246680-10002